RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 14  P 12: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CHUN CHEE SENG </br></br> *Plaintiff(s)* </br> v. </br> AMERICANA INVESTMENTS, LLC, et al. </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-CV-01407-GBL-TCB |

*Amended Complaint*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Americana Investments, LLC a Colorado limited liability company
8500 Leesburg Pike
Vienna, VA 22182

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin Schaefer, Esq.
S & R Law Firm, PLLC
4031 Chain Bridge Rd, Suite 103
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 14  P 12: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CHUN CHEE SENG | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:14-CV-01407-GBL-TCB |
| AMERICANA INVESTMENTS, LLC, et al. | )<br>)<br>) |
| *Defendant(s)* | ) |

*Amended Complaint*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Antonio Lanni
8500 Leesburg Pike
Vienna, VA 22182

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin Schaefer, Esq.
S & R Law Firm, PLLC
4031 Chain Bridge Rd, Suite 103
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 14  P 12: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CHUN CHEE SENG<br><br>*Plaintiff(s)*<br>v.<br>AMERICANA INVESTMENTS, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:14-CV-01407-GBL-TCB<br>)<br>)<br>)<br>)<br>) |

*Amended Complaint*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Luigi Muro
8500 Leesburg Pike
Vienna, VA 22182

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin Schaefer, Esq.
S & R Law Firm, PLLC
4031 Chain Bridge Rd, Suite 103
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2015 JAN 14  P 12: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| CHUN CHEE SENG | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14-CV-01407-GBL-TCB |
| AMERICANA INVESTMENTS, LLC, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION** *Amended Complaint*

To: *(Defendant's name and address)*   Brian D. West
8500 Leesburg Pike
Vienna, VA 22182

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin Schaefer, Esq.
S & R Law Firm, PLLC
4031 Chain Bridge Rd, Suite 103
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*COPY*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

RECEIVED

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2015 JAN 14 P 12: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CHUN CHEE SENG | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:14-CV-01407-GBL-TCB |
| AMERICANA INVESTMENTS, LLC, et al. | ) |
| *Defendant(s)* | ) |

Amended Complaint

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The West Law Group, P.C.
8500 Leesburg Pike
Vienna, VA 22182

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin Schaefer, Esq.
S & R Law Firm, PLLC
4031 Chain Bridge Rd, Suite 103
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____

_____
*Signature of Clerk or Deputy Clerk*